**ATTORNEYS**
PATRICIA E. HABAS*
LAUREN EISEN*
KELLY ARAN†
MAGDALENA PERLMAN
SAMUEL C. BERGSOHN*
RENADA N. LEWIS

*Admitted in NY & NJ
† Admitted in NY, GA & CA

Writer's email:
tfallon@rhelawpc.com

**OF COUNSEL (RET.)**
BRUCE A. ROGERS

**PARALEGALS**
Lynne Laub
Thomas J. Fallon
Alan-Michael Nau
Kassidi Wallis
Kathryn Stankus



# ROGERS, HABAS & EISEN, P.C.
## ATTORNEYS AT LAW

100 DUTCH HILL ROAD, SUITE 380 | ORANGEBURG, NY 10962 | T: (845) 359-5400 | F: (845) 359-5577 | WWW.RHELAWPC.COM

April 25, 2019

Via Facsimile: (914) 390-4179

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Attention: Gina Sicora, Courtroom Deputy Clerk

Re: Oldcastle Precast, Inc. v. Liberty Mutual Insurance Company, et al.
United States District Court, Southern District of New York
Civil Action No.: 16-cv-01914

Dear Judge Román:

I am the handling attorney in connection with the firm's representation of Plaintiff Oldcastle Precast, Inc. ("Oldcastle"), in the above-referenced matter. Oldcastle has a pending motion to reconsider, to which Defendants filed opposition on April 23, 2019. Court rules require Plaintiff's response to the opposition to be filed within seven (7) days, or April 30, 2019.

At this time, we respectfully request a one (1) week adjournment to through and including May 7, 2019, as I rather unexpectedly will be out of town. I have contacted Defendants' counsel who will not consent to this brief adjournment. Kindly advise at your earliest convenience if this is acceptable to the Court.

Thank you for your attention to this matter.

Respectfully submitted,

Kelly Aran

KA/tjf
cc: Adam M. Tuckman, Esq. (*via Facsimile:* (703) 893-8029)

---

*Handwritten annotation:*

Plaintiff's request for a one-week adjournment through May 7, 2019 is GRANTED. This is a final extension. Date: April 26, 2019

SO ORDERED:
[signature]
U.S.D.J.

---

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/26/2019