USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OLDCASTLE PRECAST, INC.,

                Plaintiff,

      -against-

LIBERTY MUTUAL INSURANCE COMPANY
METRA INDUSTRIES, INC.
                Defendants.
------------------------------------------------------------X

16 **CIVIL** 1914 (NSR)

**AMENDED JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2019, Plaintiff's motion to amend the judgment entered March 13, 2019 to provide for New York State prejudgment interest and Federal post-judgment is granted; amended judgment is entered in favor of Plaintiff Oldcastle, in the amount of $311,518.96, representing $290,253.13 (in damages less counterclaims and setoffs), plus $21,283.83 in interest (4% interest per annum commencing June 30, 2015 through April 30, 2017); pre-judgment interest at 9%, pursuant to New York Law, from May 1, 2017 through March 13, 2019 (the entry of final judgment) in the amount of $52,309.58 for a total sum of $363,828.54, Further, the plaintiff is entitled to post-judgment interest pursuant to federal law; the compensation and expenses of the arbitrator totaling $17,369.00, shall be borne as incurred.

**Dated:** New York, New York
         November 13, 2019

                                       RUBY J. KRAJICK
                                          Clerk of Court
                             BY:
                                            Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____