USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLDCASTLE PRECAST, INC.,

                    Plaintiff,

    -against-

LIBERTY MUTUAL INSURANCE COMPANY
and METRA INDUSTRIES, INC.,

                    Defendants.

No. 16 CIV 01914 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On November 13, 2019, the Clerk of Court entered judgment in favor of Plaintiff Oldcastle Precast, Inc. ("Plaintiff") holding that Plaintiff was entitled to a total sum of $363,828.54. (ECF No. 80). On May 10, 2021, Plaintiff filed a Satisfaction of Amended Judgment. (ECF No. 84). Therein, Plaintiff advised the Court that the amended judgment was fully satisfied, with the total amount ordered in favor of Plaintiff, $363,828.54, being fully paid. (*Id*.) Plaintiff authorized the Clerk of Court to make an entry of full and complete satisfaction of the amended judgment. (*Id*.)

Given the amended judgment has been satisfied in full, the instant action is determined to be closed and the Clerk of Court is directed to terminate the case.

Dated:    October 2, 2024
           White Plains, New York

                                      SO ORDERED:

                                   _____
                                      NELSON S. ROMÁN
                               United States District Judge

1